```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
SHMUEL JURAVEL,               :
                              :
          Petitioner,         :   Civ. No. 20-16207 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
DAVID W. ORTIZ,               :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Shmuel Juravel
25723-001
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
7th Floor
Newark, NJ 07102

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Shmuel Juravel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Respondent filed its answer, ECF No. 7; and

WHEREAS, Petitioner requested an extension of time to submit his reply, ECF No. 8; and

WHEREAS, Petitioner subsequently filed his response, ECF No. 9,

THEREFORE, IT IS on this __26th__ day of __October__, 2021

ORDERED that Petitioner's request for an extension, ECF No. 8, is granted.  The reply is deemed timely filed; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey         ___s/ Noel L. Hillman___
                                          NOEL L. HILLMAN, U.S.D.J.