UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
SHMUEL JURAVEL,                     :
                                    :
            Petitioner,             :   Civ. No. 20-16207 (NLH)
                                    :
     v.                             :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
DAVID ORTIZ,                        :
                                    :
            Respondent.             :
_____:

APPEARANCE:

Shmuel Juravel
25723-001
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

     Petitioner Pro se

Philip R. Sellinger, United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

     Attorneys for Respondent


HILLMAN, District Judge

     WHEREAS, Petitioner Shmuel Juravel filed a petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No.

1; and

     WHEREAS, Petitioner seeks application of Time Credits

earned under the First Step Act, which may lead to earlier

release to a residential reentry center, home confinement or
supervised release.  The Court takes judicial notice of the
Federal Bureau of Prison's final rule interpreting how and when
federal prisoners earn Time Credits under the First Step Act by
successfully participating in recidivism risk programming and
productive activities, pursuant to 18 U.S.C. § 3624(g),
available at
https://www.bop.gov/inmates/fsa/docs/bop_fsa_rule.pdf (pending
publication in the Federal Register) (last visited Feb. 24,
2022); and

WHEREAS, Respondent is ordered to supplement its answer
with the effect this new rule has on Petitioner's claim, if any,
or whether the petition is moot.  Petitioner shall have the
opportunity to respond,

THEREFORE, IT IS on this 24th day of February, 2022,

ORDERED that Respondent shall file a supplemental brief,
within 30 days of the date of entry of this Order, calculating
Petitioner's Time Credits consistent with the BOP's new final
rule and addressing the issue of mootness of the petition; and
it is further

ORDERED that Petitioner may file a supplemental brief in
response within 30 days of the date of the filing of
Respondent's supplemental brief; and it is finally

3

ORDERED that the Clerk shall send Petitioner a copy of this

Order by regular mail.


                                           s/ Noel L. Hillman
At Camden, New Jersey                      NOEL L. HILLMAN, U.S.D.J.

3