```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
SHMUEL JURAVEL,               :
                              :
         Petitioner,          :   Civ. No. 20-16207 (NLH)
                              :
    v.                        :   MEMORANDUM OPINION & ORDER
                              :
                              :
DAVID ORTIZ,                  :
                              :
         Respondent.          :
_____:
```

APPEARANCE:

Shmuel Juravel
25723-001
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent


HILLMAN, District Judge

    WHEREAS, Petitioner Shmuel Juravel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Petitioner seeks application of Time Credits earned under the First Step Act, which may lead to earlier

release to a residential reentry center, home confinement or supervised release.  After the Federal Bureau of Prisons issued a new rule regarding the calculation of credits under the First Step Act, the Court ordered supplemental briefing on the effect, if any, this new rule had on Petitioner's claims, ECF No. 11; and

 WHEREAS, Respondent filed its supplemental brief on March 23, 2022, ECF No. 12; and

 WHEREAS, Petitioner wrote to the Court asking for an extension of time to respond to the supplemental brief, ECF No. 13.  Petitioner stated that he had not received a copy of the supplemental brief as of April 26, 2022, id.; and

 WHEREAS, Respondent filed a letter on May 11, 2022 stating it sent Petitioner an additional copy of its supplemental brief and did not object to his request for additional time, ECF No. 14,

 THEREFORE, IT IS on this 11th day of May , 2022

 ORDERED that Petitioner's request for additional time to respond, ECF No. 13, is granted.  Petitioner may file a brief in response by June 30, 2022; and it is finally

 ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.