```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
SHMUEL JURAVEL,               :
                              :
          Petitioner,         :   Civ. No. 20-16207 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
DAVID ORTIZ,                  :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Shmuel Juravel
25723-001
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent


HILLMAN, District Judge

    WHEREAS, Petitioner Shmuel Juravel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Petitioner seeks application of Time Credits earned under the First Step Act, which may lead to earlier

release to a residential reentry center, home confinement or supervised release.  After the Federal Bureau of Prisons issued a new rule regarding the calculation of credits under the First Step Act, the Court ordered supplemental briefing on the effect, if any, this new rule had on Petitioner's claims, ECF No. 11; and

   WHEREAS, Respondent filed its supplemental brief on March 23, 2022, ECF No. 12; and

   WHEREAS, the Court granted Petitioner's request for an extension of time to file his response to the supplemental brief, ECF No. 15; and

   WHEREAS, Petitioner now moves for an additional 60-day extension of time, ECF No. 16.  The Court will grant the request in the interests of justice,

   THEREFORE, IT IS on this ___11th___ day of__July___, 2022

   ORDERED that Petitioner's request for additional time to respond, ECF No. 16, be, and hereby is, granted.  Petitioner may file a brief in response by August 31, 2022; and it is finally

   ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey
                                    s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.