```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHMUEL JURAVEL, | |
| Petitioner, | Civ. No. 20-16207 (NLH) |
| v. | **MEMORANDUM OPINION & ORDER** |
| DAVID ORTIZ, | |
| Respondent. | |

APPEARANCE:

Shmuel Juravel
25723-001
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

   *Petitioner Pro se*

Philip R. Sellinger, United States Attorney
Kristin Lynn Vassallo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

   *Attorneys for Respondent*

HILLMAN, District Judge

   WHEREAS, Petitioner Shmuel Juravel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

   WHEREAS, Petitioner seeks application of Time Credits earned under the First Step Act, which may lead to earlier

release to a residential reentry center, home confinement or supervised release; and

WHEREAS, on February 25, 2022, the Court ordered Respondent to supplement its answer on the effect, if any, the Federal Bureau of Prison's final rule interpreting how and when federal prisoners earn Time Credits under the First Step Act had on Petitioner's claim or whether the petition was moot, ECF No. 11; and

WHEREAS, on March 23, 2023, Respondent answered that "Petitioner's claim is not moot, but rather not yet ripe for consideration." ECF NO. 12 at 3. "The calculation of FSA Time Credits is not yet available for inmates whose current Projected Release Dates are more than 24 months in the future. . . . In this case, Petitioner's current Projected Release Date is November 1, 2024." Id.; and

WHEREAS, Petitioner submitted a response on August 26, 2022 objecting to the delay in calculating his FSA credits, ECF No. 18; and

WHEREAS, it is now less than 24 months before Petitioner's Projected Release Date of November 1, 2024.  Respondent shall update the Court as to the status of the calculation of Petitioner's FSA credits and the effect, if any, of said calculation on the § 2241 petition,

THEREFORE, IT IS on this  29th   day of  March  , 2023

ORDERED that Respondent shall file a supplemental brief, within 30 days of the date of entry of this Order, status of the calculation of Petitioner's FSA credits and the effect, if any, of said calculation on the § 2241 petition; and it is further

ORDERED that Petitioner may file a response within 30 days of the date of the filing of Respondent's supplemental brief; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.